Opinion filed September 17, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed September
17, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00174-CV

                                                    __________

 

     WAL-MART STORES, INC. AND WAL-MART PHARMACY,
Appellants

 

                                                             V.

 

                                        DAVID
JAKOBOT, Appellee

 



 

                                          On
Appeal from the 90th District Court

 

                                                       Stephens
County, Texas

 

                                                   Trial
Court Cause No. 27,677

 



 

                                             M
E M O R A N D U M   O P I N I O N

David
Jakobot has filed in this court a motion to dismiss this appeal on the grounds
that a petition for writ of mandamus is the appropriate vehicle to challenge
the trial court=s
ruling.  Appellants have filed a response in which both agree with Jakobot. 
Wal-Mart Stores, Inc. and Wal-Mart Pharmacy have filed a petition for writ of
mandamus now pending before this court.  The motion is granted, and the appeal
is dismissed.

 

September 17, 2009                                                                 PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.